1  KERRY W. FRANICH (State Bar No. 245857)
   kwf@severson.com
2  SEVERSON & WERSON
   A Professional Corporation
3  19100 Von Karman Ave., Suite 700
   Irvine, CA  92612
4  Telephone:  (949) 442-7110
   Facsimile:  (949) 442-7118
5
   MARY KATE SULLIVAN (State Bar No. 180203)
6  mks@severson.com
   SEVERSON & WERSON
7  A Professional Corporation
   One Embarcadero Center, Suite 2600
8  San Francisco, CA  94111
   Telephone:  (415) 398-3344
9  Facsimile:   (415) 956-0439

10 Attorneys for Defendant
   GMAC MORTGAGE, LLC (erroneously
11 sued as GMAC Mortgage Corporation)

**FILED**

FEB 22 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

12
                    UNITED STATES DISTRICT COURT
13
                    EASTERN DISTRICT OF CALIFORNIA
14

15 UNITED STATES OF AMERICA,                Case No.: 2:11-cv-01187 JAM (JFMx)
                                            Hon. John A. Mendez
16          Plaintiff,                      Ctrm. 6

17     vs.

18 KENNETH J. MALINOWSKI; PATRICIA I.       **STIPULATION FOR LIEN PRIORITY
   MALINOWSKI; KENNETH J.                   AND [PROPOSED] ORDER**
19 MALINOWSKI and PATRICIA I.
   MALINOWSKI as trustees of the BOAZ
20 FOUNDATION; THE POPULAR SOCIETY
   OF SOVERIGN ECCLESIA aka THE
21 POPULAR SOCIETY OF THE SOVEREIGN
   ECCLESIA, KENNETH J. MALINOWSKI as
22 Patriarch; STAN HOKENSON as trustee of
   TIERRA LAND TRUST, aka TIERRA
23 TRUST; GMAC MORTGAGE
   CORPORATION; STATE OF CALIFORNIA
24 FRANCHISE TAX BOARD; CITIBANK
   SOUTH DAKOTA, N.A.; SACRAMENTO
25 COUNTY,

26          Defendants.

27

28

Plaintiff United States of America, Defendant GMAC Mortgage, LLC, and Defendant Sacramento County stipulate as follows:

1. Plaintiff's lawsuit is an action to reduce tax assessments to judgment and to foreclose tax liens that are recorded against real property. *See* 26 U.S.C. §§ 6502 and 7403.

2. It is agreed that Defendant GMAC Mortgage, LLC is servicing a deed of trust recorded on December 6, 1995 in the Sacramento County Recorder's Office as instrument number 199511091009, which encumbers certain real property located at 6037 White Cloud Court, Citrus Heights, CA 95621 ("Property").

3. It is agreed that Defendant Sacramento County claims an interest in the Property by virtue of statutory liens for delinquent real property taxes assessed against the Property.

4. It is agreed that the statutory liens of Sacramento County referred to in paragraph 3 above are prior and paramount to GMAC Mortgage LLC's deed of trust referred to in paragraph 2 above, as well as the Internal Revenue Service federal tax liens described in paragraphs 54 and 55 of the Complaint.

5. It is agreed that Defendant GMAC Mortgage, LLC's deed of trust referred to in paragraph 2 above is prior and paramount to the Internal Revenue Service federal tax liens described in paragraphs 54 and 55 of the Complaint.

6. Neither Sacramento County nor GMAC Mortgage, LLC oppose judicial foreclosure of the Property by Plaintiff should it prevail in this action. However, because the Plaintiff's interest in the Property is subordinate to the interests of Sacramento County and GMAC Mortgage, LLC, any proceeds from the sale of the Property, as among these three parties, will be used to first pay off the statutory liens held by Sacramento County and then to pay off the loan secured by the GMAC Mortgage, LLC deed of trust before they are used to satisfy the Internal Revenue Service federal tax liens referred to in paragraphs 54 and 55 of the Complaint. Prior to filing an application for final order of the Court, Plaintiff agrees to provide an accounting to GMAC Mortgage, LLC and Sacramento County setting forth the full disposition of the proceeds from the sale of the Property.

7. GMAC Mortgage, LLC and Sacramento County agree to provide Plaintiff with a payoff quote for the amount owing on each loan secured by the deed of trust referred to in paragraph 2 above upon Plaintiff's request prior to the sale of the Property

8. The parties to this stipulation agree to bear their own costs and attorney fees.

9. The parties to this stipulation agree that its contents will bind all their assigns and successors in interest.

10. Upon the execution of this stipulation by all parties and entry of the proposed order by the Court, neither GMAC Mortgage, LLC nor Sacramento County shall be required to appear at any future hearings in this litigation and shall be treated as non-parties for all purposes including discovery purposes, unless ordered by the Court.

IT IS SO STIPULATED.

DATED: February 17, 2012

JOHN A. DiCICCO
Principal Acting Assistant Attorney General

By:/s/Adam R. Smart
    ADAM R. SMART
    Trial Attorney, Tax Division
    U.S. Department of Justice

Of Counsel:
BENJAMIN B. WAGNER
United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: February 17, 2012

SEVERSON & WERSON, APC

By:/s/Kerry W. Franich
    KERRY W. FRANICH

Attorneys for Defendant
GMAC MORTGAGE, LLC

DATED: February 17, 2012

ROBERT A. RYAN, Jr., County Counsel
Sacramento County, California

By: /s/ Diane McElhern
    DIANE McELHERN
    Deputy County Counsel

1  IT IS SO ORDERED.

2  DATED: __2-21__, 2012

3  _____
   Hon. John A. Mendez
4  JUDGE OF THE U.S. DISTRICT COURT

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 17, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

>Diane McElhern
>Scott Fera
>County of Sacramento
>700 H Street, Suite 2650
>Sacramento, CA 95814
>*Attorney for Sacramento County*
>
>Jill Bowers
>Attorney General Of California
>1300 I Street, Suite 125
>PO Box 944255
>Sacramento, CA 94244
>*Attorney for State of California Franchise Tax Board*
>
>Kerry William Franich
>Severson & Werson
>19100 Von Karman Avenue
>Suite 700
>Irvine, CA 92612
>*Attorney for GMAC Mortgage LLC*

and that service was made on this date by causing a copy of the foregoing to be sent via postage paid United States first class mail to the following:

>Kenneth John Malinowski
>General Post Office 6630 Fountain Square Lane
>Citrus Heights, CA 95621
>*Pro Se*
>
>Kenneth John Malinowski
>Post Office Box 483
>Citrus Heights, CA 95611
>*Pro Se*
>
>Patricia I. Malinowski
>General Post Office 6630 Fountain Square Lane
>Citrus Heights, Ca 95621
>*Pro Se*

- 4 -

19000/0000/975209.1   Stipulation for Lien Priority and Non-Monetary Judgment

Case No. 2:11-cv-01187 JAM (JFMx)

| | |
|---|---|
| 1 | Patricia I. Malinowski |
| | Post Office Box 483 |
| 2 | Citrus Heights, CA 95611 |
| 3 | *Pro Se* |
| 4 | Tierra Land Trust, aka Tierra Trust |
| | c/o Stan Hokenson |
| 5 | 5431 Auburn Blvd #135 |
| | Sacramento CA 95842 |
| 6 | |
| 7 | Boaz Foundation |
| | c/o Kenneth John Malinowski |
| 8 | 6034 White Cloud Ct. |
| | Citrus Heights, CA 95621 |
| 9 | |
| 10 | Popular Society of Sovereign Ecclesia, |
| | aka the Popular Society of the Sovereign Ecclesia |
| 11 | c/o Kenneth John Malinowski |
| | 6034 White Cloud Ct. |
| 12 | Citrus Heights, CA 95621 |
| 13 | |
| | Citibank South Dakota, N.A. |
| 14 | 701 E. 60th Street N., MC 1251 |
| | Sioux Falls, SD 57117 |

/s/ Adam R. Smart
ADAM R. SMART
Trial Attorney, Tax Division

19000/0000/975209.1

- 5 -

Stipulation for Lien Priority and Non-Monetary Judgment

Case No. 2:11-cv-01187 JAM (JFMx)