KERRY W. FRANICH (State Bar No. 245857)
kwf@severson.com
SEVERSON & WERSON
A Professional Corporation
19100 Von Karman Ave., Suite 700
Irvine, CA 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

MARY KATE SULLIVAN (State Bar No. 180203)
mks@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
GMAC MORTGAGE, LLC (erroneously sued as GMAC Mortgage Corporation)

FILED

FEB 22 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY CLERK

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

KENNETH J. MALINOWSKI; PATRICIA I. MALINOWSKI; KENNETH J. MALINOWSKI and PATRICIA I. MALINOWSKI as trustees of the BOAZ FOUNDATION; THE POPULAR SOCIETY OF SOVERIGN ECCLESIA aka THE POPULAR SOCIETY OF THE SOVEREIGN ECCLESIA, KENNETH J. MALINOWSKI as Patriarch; STAN HOKENSON as trustee of TIERRA LAND TRUST, aka TIERRA TRUST; GMAC MORTGAGE CORPORATION; STATE OF CALIFORNIA FRANCHISE TAX BOARD; CITIBANK SOUTH DAKOTA, N.A.; SACRAMENTO COUNTY,

Defendants.

Case No.: 2:11-cv-01187 JAM (JFMx)
Hon. John A. Mendez
Ctrm. 6

**STIPULATION FOR LIEN PRIORITY AND [PROPOSED] ORDER**

Plaintiff United States of America, Defendant GMAC Mortgage, LLC, and Defendant Sacramento County stipulate as follows:

1. Plaintiff's lawsuit is an action to reduce tax assessments to judgment and to foreclose tax liens that are recorded against real property. *See* 26 U.S.C. §§ 6502 and 7403.

2. It is agreed that Defendant GMAC Mortgage, LLC is servicing a deed of trust recorded on December 6, 1995 in the Sacramento County Recorder's Office as instrument number 199511091009, which encumbers certain real property located at 6037 White Cloud Court, Citrus Heights, CA 95621 ("Property").

3. It is agreed that Defendant Sacramento County claims an interest in the Property by virtue of statutory liens for delinquent real property taxes assessed against the Property.

4. It is agreed that the statutory liens of Sacramento County referred to in paragraph 3 above are prior and paramount to GMAC Mortgage LLC's deed of trust referred to in paragraph 2 above, as well as the Internal Revenue Service federal tax liens described in paragraphs 54 and 55 of the Complaint.

5. It is agreed that Defendant GMAC Mortgage, LLC's deed of trust referred to in paragraph 2 above is prior and paramount to the Internal Revenue Service federal tax liens described in paragraphs 54 and 55 of the Complaint.

6. Neither Sacramento County nor GMAC Mortgage, LLC oppose judicial foreclosure of the Property by Plaintiff should it prevail in this action. However, because the Plaintiff's interest in the Property is subordinate to the interests of Sacramento County and GMAC Mortgage, LLC, any proceeds from the sale of the Property, as among these three parties, will be used to first pay off the statutory liens held by Sacramento County and then to pay off the loan secured by the GMAC Mortgage, LLC deed of trust before they are used to satisfy the Internal Revenue Service federal tax liens referred to in paragraphs 54 and 55 of the Complaint. Prior to filing an application for final order of the Court, Plaintiff agrees to provide an accounting to GMAC Mortgage, LLC and Sacramento County setting forth the full disposition of the proceeds from the sale of the Property.

7. GMAC Mortgage, LLC and Sacramento County agree to provide Plaintiff with a payoff quote for the amount owing on each loan secured by the deed of trust referred to in paragraph 2 above upon Plaintiff's request prior to the sale of the Property

8. The parties to this stipulation agree to bear their own costs and attorney fees.

9. The parties to this stipulation agree that its contents will bind all their assigns and successors in interest.

10. Upon the execution of this stipulation by all parties and entry of the proposed order by the Court, neither GMAC Mortgage, LLC nor Sacramento County shall be required to appear at any future hearings in this litigation and shall be treated as non-parties for all purposes including discovery purposes, unless ordered by the Court.

IT IS SO STIPULATED.

DATED: February 17, 2012

JOHN A. DiCICCO
Principal Acting Assistant Attorney General

By:/s/Adam R. Smart
ADAM R. SMART
Trial Attorney, Tax Division
U.S. Department of Justice

Of Counsel:
BENJAMIN B. WAGNER
United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: February 17, 2012

SEVERSON & WERSON, APC

By:/s/Kerry W. Franich
KERRY W. FRANICH

Attorneys for Defendant
GMAC MORTGAGE, LLC

DATED: February 17, 2012

ROBERT A. RYAN, Jr., County Counsel
Sacramento County, California

By: /s/ Diane McElhern
DIANE McELHERN
Deputy County Counsel

**IT IS SO ORDERED.**

DATED: 2-21, 2012

Hon. John A. Mendez
JUDGE OF THE U.S. DISTRICT COURT

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 17, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Diane McElhern
Scott Fera
County of Sacramento
700 H Street, Suite 2650
Sacramento, CA 95814
*Attorney for Sacramento County*

Jill Bowers
Attorney General Of California
1300 I Street, Suite 125
PO Box 944255
Sacramento, CA 94244
*Attorney for State of California Franchise Tax Board*

Kerry William Franich
Severson & Werson
19100 Von Karman Avenue
Suite 700
Irvine, CA 92612
*Attorney for GMAC Mortgage LLC*

and that service was made on this date by causing a copy of the foregoing to be sent via postage paid United States first class mail to the following:

Kenneth John Malinowski
General Post Office 6630 Fountain Square Lane
Citrus Heights, CA 95621
*Pro Se*

Kenneth John Malinowski
Post Office Box 483
Citrus Heights, CA 95611
*Pro Se*

Patricia I. Malinowski
General Post Office 6630 Fountain Square Lane
Citrus Heights, Ca 95621
*Pro Se*

Patricia I. Malinowski
Post Office Box 483
Citrus Heights, CA 95611
*Pro Se*

Tierra Land Trust, aka Tierra Trust
c/o Stan Hokenson
5431 Auburn Blvd #135
Sacramento CA 95842

Boaz Foundation
c/o Kenneth John Malinowski
6034 White Cloud Ct.
Citrus Heights, CA 95621

Popular Society of Sovereign Ecclesia,
aka the Popular Society of the Sovereign Ecclesia
c/o Kenneth John Malinowski
6034 White Cloud Ct.
Citrus Heights, CA 95621

Citibank South Dakota, N.A.
701 E. 60th Street N., MC 1251
Sioux Falls, SD 57117

/s/ Adam R. Smart
ADAM R. SMART
Trial Attorney, Tax Division