1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,             No. 2:11-cv-1187 JAM JFM

      Plaintiff,

  vs.

KENNETH J. MALINOWSKI, *et al.*,

      Defendants.                          <u>ORDER</u>

_____/

      This matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(19).

      On December 9, 2011, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen days.  No objections to the findings and recommendations have been filed.

      Although it appears from the file that some defendants' copies of the findings and recommendations were returned, these defendants was properly served.  It is the defendants' responsibility to keep the court apprised of their current address at all times.  Pursuant to Local Rule 182(f), service of documents at the record address of these defendants is fully effective.

1  The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

   1. The findings and recommendations filed December 9, 2011 are adopted in full;

   2. Plaintiff's October 5, 2011 motion for default judgment is granted; and

   3. The Clerk of the Court is directed to enter judgment that these defendants have no interest in or claim against the subject property identified in Judge Moulds's findings and recommendations: Boaz Foundation; Stan Hokenson as Trustee of Tierra Land Trust (also known as Tierra Trust); The Popular Society of Sovereign Ecclesia; and Citibank South Dakota, N.A.

DATED:  February 23, 2012

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE