KATHRYN KENEALLY
Assistant Attorney General

ADAM R. SMART
Trial Attorney, Tax Division
U.S. Department of Justice
Ben Franklin Station, P.O. Box 683
Washington, D.C.  20044
Telephone: (202) 307-6422
Facsimile: (202) 307-0054
Email: Adam.R.Smart@usdoj.gov
       Western.Taxcivil@usdoj.gov
Attorney for the United States of America

BENJAMIN B. WAGNER
United States Attorney
Eastern District of California
Of Counsel

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH J. MALINOWSKI; PATRICIA I. MALINOWSKI; KENNETH J. MALINOWSKI and PATRICIA I. MALINOWSKI as trustees of the BOAZ FOUNDATION; THE POPULAR SOCIETY OF SOVEREIGN ECCLESIA aka THE POPULAR SOCIETY OF THE SOVEREIGN ECCLESIA, KENNETH J. MALINOWSKI as Patriarch; STAN HOKENSON as trustee of TIERRA LAND TRUST, aka TIERRA TRUST; GMAC MORTGAGE CORPORATION; STATE OF CALIFORNIA FRANCHISE TAX BOARD; CITIBANK SOUTH DAKOTA, N.A.; SACRAMENTO COUNTY,<br><br>Defendants. | Case No.: 2:11-cv-01187 JAM (JFM)<br>Hon. John A. Mendez<br>Ctrm. 6<br><br>**STIPULATION FOR LIEN PRIORITY AND ORDER** |

Plaintiff, United States of America and Defendant State of California Franchise Tax Board stipulate as follows:

Stipulation for Lien Priority
Case No. 2:11-cv-01187 JAM (JFMx)
8602947.1

PDF created with pdfFactory trial version www.pdffactory.com

1. Plaintiff's lawsuit is an action to reduce tax assessments to judgment and to foreclose tax liens that are recorded against real property. *See* 26 U.S.C. §§ 6502 and 7403.

2. It is agreed that the United States claims that federal tax liens, which are referenced in paragraphs 54 and 55 of the Complaint in the above-captioned matter and arose on the corresponding dates set forth in paragraph 6 below, encumber certain real property located at 6037 White Cloud Court, Citrus Heights, CA 95261 ("the Property").  Notices of Federal Tax Lien were filed with the Sacramento County Recorder on the corresponding dates set forth in paragraph 6 below.

3. It is agreed that Defendant State of California Franchise Tax Board is the holder of tax liens that arose on the corresponding dates identified in paragraph 6 below, and were recorded with the Sacramento County Recorder against the Property on the corresponding dates set forth in paragraph 6 below.

4. It is agreed that Defendant GMAC Mortgage, LLC is servicing a deed of trust recorded on December 6, 1995 in the Sacramento County Recorder's Office as instrument number 199511091009, which encumbers the Property.

5. It is agreed that Defendant Sacramento County claims an interest in the Property by virtue of statutory liens for delinquent real property taxes assessed against the Property.

6. The United States and State of California Franchise Tax Board agree to the following schedule of priority of the liens at issue on the subject Property:[1]

| Rank | Lien Holder | Type | Lien Date/Date of Recording |
|---|---|---|---|
| 1 | Sacramento County | Property Tax Lien | N/A |
| 2 | GMAC Mortgage | Deed of Trust | 12/6/1995 |
| 3 | FTB (1998 TY) | NSTL | 9/12/2001 (3/27/2002) |

---

[1] Defendant GMAC Mortgage, LLC and Sacramento County have already stipulated to the relative priority of their liens vis-à-vis the United States and each other. (Dkt. 50). Moreover as the State of California Franchise Tax Board's liens are junior to those liens as well, the agreement of GMAC Mortgage and Sacramento County is not necessary for this stipulation as they will be paid prior to either the United States or the State of California Franchise Tax Board.

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

| | | | |
|---|---|---|---|
| 4 | FTB (1999 TY) | NSTL | 1/04/2002 (3/27/2002) |
| 5 | FTB (2000 TY) | NSTL | 10/27/2002 (3/7/2012) |
| 6 | FTB (2001 TY) | NSTL | 7/24/2004 (5/27/2010) |
| 7 | FTB (1998 TY) | NSTL | 2/19/2006 (5/27/2010) |
| 8 | FTB (1999 TY) | NSTL | 2/19/2006 (5/27/2010) |
| 9 | FTB (2000 TY) | NSTL | 2/19/2006 (5/27/2010) |
| 10 | FTB (2001 TY) | NSTL | 2/19/2006 (5/27/2010) |
| 11 | IRS (1998 TY) | NFTL | 4/10/2006 (6/20/2007) |
| 12 | FTB (2004 TY) | NSTL | 3/24/2007 (3/7/2012) |
| 13 | FTB (2003 TY) | NSTL | 3/24/2007 (3/7/2012) |
| 14 | IRS (1998 TY) | NFTL | 4/02/2007 (2/5/2009) |
| 15 | IRS (1999 TY) | NFTL | 4/02/2007 (10/20/2008) |
| 16 | IRS (2000 TY) | NFTL | 4/02/2007 (10/20/2008) |
| 17 | IRS (2001 TY) | NFTL | 4/02/2007 (2/5/2009) |
| 18 | IRS (2002 TY) | NFTL | 4/02/2007 (2/5/2009) |
| 19 | IRS (2003 TY) | NFTL | 4/02/2007 (2/5/2009) |
| 20 | IRS (1999 TY) | NFTL | 6/4/2007 (6/20/2007) |
| 21 | IRS (2000 TY) | NFTL | 6/4/2007 (6/20/2007) |
| 22 | IRS (2001 TY) | NFTL | 6/4/2007 (6/20/2007) |
| 23 | IRS (2002 TY) | NFTL | 6/4/2007 (6/20/2007) |
| 24 | IRS (2004 TY) | NFTL | 8/11/2008 (2/5/2009) |
| 25 | IRS (2003 TY) | NFTL | 2/23/2009 (4/13/2009) |
| 26 | FTB (2003 TY) | NSTL | 6/8/2009 (5/27/2010) |

PDF created with pdfFactory trial version www.pdffactory.com

| 27 | FTB (1998 TY) | NSTL | 6/8/2009 (5/27/2010) |
| 28 | FTB (1999 TY) | NSTL | 6/8/2009 (5/27/2010) |
| 29 | FTB (2000 TY) | NSTL | 6/8/2009 (5/27/2010) |
| 30 | FTB (2001 TY) | NSTL | 6/8/2009 (5/27/2010) |
| 31 | FTB (2002 TY) | NSTL | 6/8/2009 (3/7/2012) |
| 32 | FTB (2007 TY) | NSTL | 7/3/2009 (3/7/2012) |
| 33 | FTB (2000 TY) | NSTL | 7/6/2009 (5/27/2010) |
| 34 | FTB (1998 TY) | NSTL | 7/6/2009 (5/27/2010) |
| 35 | FTB (1999 TY) | NSTL | 7/6/2009 (5/27/2010) |
| 36 | FTB (2001 TY) | NSTL | 7/6/2009 (5/27/2010) |
| 37 | FTB (2002 TY) | NSTL | 7/6/2009 (3/7/2012) |
| 38 | FTB (2008 TY) | NSTL | 8/20/2010 (3/7/2012) |
| 39 | FTB (2009 TY) | NSTL | 12/9/2011 (3/7/2012) |

7. The California Franchise Tax Board does not oppose judicial foreclosure of the Property by Plaintiff should it prevail in this action. However, because the Plaintiff's interest in the Property is subordinate to the interests of Sacramento County and GMAC Mortgage, LLC, and certain of the interests of the California Franchise Tax Board as identified above, any proceeds from the sale of the Property, as among these four parties, will be used to pay off the interests of the four parties as outlined in the chart above in paragraph 6. Prior to filing an application for final order of the Court, Plaintiff agrees to provide an accounting to GMAC Mortgage, LLC, Sacramento County, and the California Franchise Tax Board setting forth the full disposition of the proceeds from the sale of the Property.

8. The California Franchise Tax Board agrees to provide Plaintiff with an updated balance for the tax liabilities identified in the chart in paragraph 6 above upon Plaintiff's request prior to the sale of the Property

- 3 -

PDF created with pdfFactory trial version www.pdffactory.com

9. The parties to this stipulation agree to bear their own costs and attorney fees, excepting the costs incurred in selling the Subject Property, which are to be reimbursed from the proceeds of the sale of the Subject Property prior to satisfying the outstanding liens on the Subject Property.

10. The parties to this stipulation agree that its contents will bind all their assigns and successors in interest.

11. Upon the execution of this stipulation by both parties and entry of the proposed order by the Court, the California Franchise Tax Board shall not be required to appear at any future hearings in this litigation and shall be treated as non-parties for all purposes including discovery purposes, unless ordered by the Court.

IT IS SO STIPULATED.

DATED: August 3, 2012    KATHRYN KENEALLY
                         Assistant Attorney General

                         By:/s/ Adam R Smart
                             ADAM R. SMART
                             Trial Attorney, Tax Division
                             U.S. Department of Justice

                         Of Counsel:
                         BENJAMIN B. WAGNER
                         United States Attorney

                         Attorneys for Plaintiff
                         UNITED STATES OF AMERICA

DATED: August 3, 2012    KAMALA D. HARRIS
                         Attorney General of California
                         WILLIAM L. CARTER
                         Supervising Deputy Attorney General

                         By: /s/   Jill Bowers
                             JILL BOWERS
                             Deputy Attorney General
                             *Attorneys for Defendant State of
                             California Franchise Tax Board*

- 4 -

PDF created with pdfFactory trial version www.pdffactory.com

1  **IT IS SO ORDERED.**

3  DATED: August 6, 2012                    /s/ John A. Mendez
                                            Hon. John A. Mendez
                                            JUDGE OF THE U.S. DISTRICT COURT

- 5 -

Stipulation for Lien Priority

Case No. 2:11-cv-01187 JAM (JFMx)

PDF created with pdfFactory trial version www.pdffactory.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 3, 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

> Diane McElhern
> Scott Fera
> County of Sacramento
> 700 H Street, Suite 2650
> Sacramento, CA 95814
> *Attorney for Sacramento County*
>
> Jill Bowers
> Attorney General Of California
> 1300 I Street, Suite 125
> PO Box 944255
> Sacramento, CA 94244
> *Attorney for State of California Franchise Tax Board*
>
> Kerry William Franich
> Severson & Werson
> 19100 Von Karman Avenue
> Suite 700
> Irvine, CA 92612
> *Attorney for GMAC Mortgage LLC*

and that service was made on this date by causing a copy of the foregoing to be sent via postage paid United States first class mail to the following:

> Kenneth John Malinowski
> General Post Office 6630 Fountain Square Lane
> Citrus Heights, CA 95621
> *Pro Se*
>
> Kenneth John Malinowski
> Post Office Box 483
> Citrus Heights, CA 95611
> *Pro Se*
>
> Patricia I. Malinowski
> General Post Office 6630 Fountain Square Lane
> Citrus Heights, Ca 95621
> *Pro Se*
>
> Patricia I. Malinowski
> Post Office Box 483
> Citrus Heights, CA 95611
> *Pro Se*

- 6 -

Stipulation for Lien Priority

Case No. 2:11-cv-01187 JAM (JFMx)

PDF created with pdfFactory trial version www.pdffactory.com

Tierra Land Trust, aka Tierra Trust
c/o Stan Hokenson
5431 Auburn Blvd #135
Sacramento CA 95842

Boaz Foundation
c/o Kenneth John Malinowski
6034 White Cloud Ct.
Citrus Heights, CA 95621

Popular Society of Sovereign Ecclesia,
aka the Popular Society of the Sovereign Ecclesia
c/o Kenneth John Malinowski
6034 White Cloud Ct.
Citrus Heights, CA 95621

Citibank South Dakota, N.A.
701 E. 60th Street N., MC 1251
Sioux Falls, SD 57117

          /s/ Adam R Smart
ADAM R. SMART
Trial Attorney, Tax Division

- 7 -

Stipulation for Lien Priority

Case No. 2:11-cv-01187 JAM (JFMx)

PDF created with pdfFactory trial version www.pdffactory.com