KATHRYN KENEALLY
Assistant Attorney General

ADAM R. SMART
Trial Attorney, Tax Division
U.S. Department of Justice
Ben Franklin Station, P.O. Box 683
Washington, D.C. 20044
Telephone: (202) 307-6422
Facsimile: (202) 307-0054
Email: Adam.R.Smart@usdoj.gov
         Western.Taxcivil@usdoj.gov
Attorney for the United States of America

BENJAMIN B. WAGNER
United States Attorney
Eastern District of California
Of Counsel

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH J. MALINOWSKI; PATRICIA I. MALINOWSKI; KENNETH J. MALINOWSKI and PATRICIA I. MALINOWSKI as trustees of the BOAZ FOUNDATION; THE POPULAR SOCIETY OF SOVEREIGN ECCLESIA aka THE POPULAR SOCIETY OF THE SOVEREIGN ECCLESIA, KENNETH J. MALINOWSKI as Patriarch; STAN HOKENSON as trustee of TIERRA LAND TRUST, aka TIERRA TRUST; GMAC MORTGAGE CORPORATION; STATE OF CALIFORNIA FRANCHISE TAX BOARD; CITIBANK SOUTH DAKOTA, N.A.; SACRAMENTO COUNTY<br><br>Defendants. | Civil No. 2:11-cv-01187-JAM-JFM<br><br>**JUDGMENT** |

This action came to be considered before the Court on the United States' motion for summary judgment. The issues have been considered and a decision has been rendered.

1  **IT IS ORDERED AND ADJUDGED** that the United States' Motion for Summary Judgment is granted and **JUDGMENT** is entered in favor of the United States and against Kenneth J. and Patricia I. Malinowski, jointly, in the amount of **$2,273,527.70**, plus additional interest pursuant to 28 U.S.C. §1961(c)(1) and 26 U.S.C. § 6621, and other statutory additions from August 4, 2012; against Kenneth J. Malinowski individually in the amount of **$256,274.58**, plus additional interest pursuant to 28 U.S.C. §1961(c)(1) and 26 U.S.C. § 6621, and other statutory additions from August 4, 2012; and against Patricia I. Malinowski individually in the amount of $**256,037.46**, plus additional interest pursuant to 28 U.S.C. §1961(c)(1) and 26 U.S.C. § 6621, and other statutory additions from August 4, 2012.

**IT IS FURTHER ORDERED AND ADJUDGED** that the United States has a valid federal tax liens for the unpaid income tax assessments at issue in this action against all property and rights to property belonging to Kenneth J. Malinowski and Patricia I. Malinowski arising out of the tax periods at issue in this action;

**IT IS FURTHER ORDERED AND ADJUDGED** that the United States' tax liens against Kenneth J. Malinowski and Patricia I. Malinowski for federal income taxes for tax years 1998, 1999, 2000, 2001, 2002 and 2003 attached to the parcel of real property located at 6037 White Cloud Ct., Citrus Heights, CA 95621 (the "Subject Property"), and legally described as follows:

> Lot 176 as shown on that certain map entitled "Plat of Greenback Wood Unit 2" filed in the office of the County Recorder of Sacramento County California, on October 3, 1980 in Book 1142 of Maps, at Page 1.

**IT IS FURTHER ORDERED AND ADJUDGED** that the United States's federal tax liens be foreclosed upon the Subject Property. Plaintiff shall submit a proposed Order of Sale setting forth the terms and conditions of the sale of the property.

IT IS SO ORDERED:

DATED:   September 19, 2012         /s/ John A. Mendez
                                     THE HONORABLE JOHN A. MENDEZ
                                     JUDGE OF THE UNITED STATES DISTRICT COURT