FILED

JUL 09 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
_Y_____
           DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No.  2:11-cv-01187-JAM-JFM |
|---|---|
| Plaintiff, | |
| v. | **ORDER CONFIRMING SALE AND DISTRIBUTING PROCEEDS** |
| KENNETH J. MALINOWSKI; PATRICIA I. MALINOWSKI; KENNETH J. MALINOWSKI and PATRICIA I. MALINOWSKI as trustees of the BOAZ FOUNDATION; THE POPULAR SOCIETY OF SOVERIGN ECCLESIA aka THE POPULAR SOCIETY OF THE SOVEREIGN ECCLESIA, KENNETH J. MALINOWSKI as Patriarch; STAN HOKENSON as trustee of TIERRA LAND TRUST, aka TIERRA TRUST; GMAC MORTGAGE CORPORATION; STATE OF CALIFORNIA FRANCHISE TAX BOARD; CITIBANK SOUTH DAKOTA, N.A.; SACRAMENTO COUNTY, | |
| Defendants. | |

This matter came before the Court on the United States' motion for an Order confirming the sale of real property and to distribute the proceeds of the sale ("Motion to Confirm Sale"). Upon consideration of the Motion to Confirm Sale, any opposition thereto, and any reply, it is hereby ORDERED:

1

1. This Order concerns the real property located at 6037 White Cloud Ct., Citrus Heights, CA 95621 ("the Subject Property"), which is legally described as follows:

> Lot 176 as shown on that certain map entitled "Plat of Greenback Wood Unit 2" filed in the office of the County Recorder of Sacramento County California, on October 3, 1980 in Book 1142 of Maps, at Page 1.

The Court finds that the Subject Property was sold at public auction on March 7, 2014, in substantial compliance with 28 U.S.C. §§ 2001 and 2002 and this Court's Order of Sale entered October 19, 2012 (Doc. #88). Accordingly, the United States' Motion to Confirm is hereby GRANTED.

2. It is hereby ORDERED that the sale is confirmed. An appropriate official at the Internal Revenue Service shall issue a deed to the purchaser of the Subject Property, Wealthbuilders Investment Network, LP. The recorder of deeds, Sacramento County, California, shall cause transfer of the Subject Property to be reflected upon that county's register of title. Wealthbuilders Investment Network, LP shall pay, in addition to the amount of the purchase price already paid, any documentary stamps and Clerk's registry fees as provided by law;

3. It is FURTHER ORDERED that the proceeds of the sale, which total $225,000.00, shall be disbursed as follows:

FIRST, to the Internal Revenue Service in the sum of $1,480.00, for the costs of the sale of the Subject Property. The check shall be made payable to "United States Treasury" and shall be sent to:
> Internal Revenue Service
> ATTN: Kathryn K. Clark, PALS
> 55 South Market St, Ste 811,
> MS HQ 5410
> San Jose, CA 95113

1       SECOND, to Green Tree Servicing, LLC, in full payment of the
2  debt secured by the deed of trust recorded against the Subject
3  Property. The payment shall be $84,275.52 if made on or before
4  June 1, 2014, plus an additional $14.41 for every day after June
5  1, 2014. The check shall be made payable to "Green Tree Servicing
6  LLC", shall include the phrase "#62001431/Malinowski" in the memo
7  line of the check, and shall be sent to:

8       Green Tree Servicing LLC
        Jim Grantham, Regional Manager
9       33600 6th Ave. S. – Suite 220
        Federal Way, WA 98003
10      Re: #62001431/Malinowski

11      THIRD, to the California Franchise Tax Board for application
12 to the unpaid state tax liens and liabilities of Kenneth and
13 Patricia Malinowski for tax years 1998 through 2001, 2003 and
14 2004. The payment shall be $34,709.47, plus an additional $2.63
15 for every day after May 1, 2014. The check shall be made payable
16 to "Franchise Tax Board", shall include "Malinowski" on the memo
17 line of the check, and shall be sent to:

18      Todd Bailey
        Legal Division, Franchise Tax Board
19      P.O. Box 1720
        Rancho Cordova, CA 95741-1720
20
        FOURTH, to the United States for application to the unpaid
21
   federal income tax liens and liabilities of Kenneth and Patricia
22
   Malinowski for tax year 1998. The payment shall be the remaining
23
   amount of the proceeds of the sale following the disbursements
24
   described above. The check shall be made payable to "United
25
   States Treasury," shall include the phrase "Malinowski CMN
26
   2010103003" in the memo line of the check, and shall be sent to:
27
        United States Department of Justice
28      ATTN: TaxFLU

P.O. Box 310,
Washington, D.C. 20044

4. It is FURTHER ORDERED that the confirmation of the sale shall, and hereby does, discharge and extinguish all interests in, liens against, or claims to the Subject Property that are presently held by or asserted by the parties to this action;

5. It is FURTHER ORDERED that Wealthbuilders Investment Network, LP may record this Order in public records as it may find appropriate.

IT IS SO ORDERED:

DATED: July 9, 2014

THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA